Case 1:09-cr-10018-HFB   Document 83   Filed 09/27/12   Page 1 of 1 PageID #: 355

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>Corey Lamont Harrison<br><br>Date of Original Judgment: March 25, 2011<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 1:09CR10018-001<br>USM No: 06777-010<br><br>Robert L. Depper, Jr.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  X  DENIED.   ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   March 25, 2011   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Sept. 26, 2012

Effective Date: _____
*(if different from order date)*

Judge's Signature

Harry F. Barnes
*Printed name and title*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 27 2012
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk