# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **COREY LAMONT HARRISON** | Case No.   1:09CR10018-001 |
| | USM No.   06777-010 |
| | Alex Wynn |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  __Conditions listed below__  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Standard Condition #7 – Use of Controlled Substance | 01/10/2020 |
| Two | Special Condition #2 – Fail to comply with SATP | 02/25/2020 |
| Three | Standard Condition #2 – Fail to report to USPO | 02/25/2020 |
| Four | Standard Condition #3 – Fail to follow USPO instructions | 04/17/2020 |
| Five | Standard Condition #10 – Fail to allow USPO to visit | 04/07/2020 |
| Seven | Standard Condition #1 – Travel outside district w/out permission | 11/18/2019 |
| Nine | Mandatory Condition – New Crime – Poss. Drug Paraphernalia | 06/09/2020 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   2438

Defendant's Year of Birth:   1977

City and State of Defendant's Residence:
Crossett, Arkansas

October 18, 2021
Date of Imposition of Judgment

*Susan O. Hickey*
Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

October 19, 2021
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: COREY LAMONT HARRISON
CASE NUMBER: 1:09CR10018-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**Twenty-seven (27) months with credit for time served in federal custody. No term of supervised release to follow imprisonment.**

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommended confinement at Texarkana FCI, Seagoville FCI, or a BOP facility in Texas.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL